David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581-0780
Tel. (707) 252-7007
Fax.   (707) 252-7883
David@Lindenlaw.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. FISTER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br>　of Social Security,<br><br>　　　　　Defendant. | Case No.: 4:11-cv-01461-LB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION |

　　　IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff shall have an extension of time, up to and including Friday, August 19, 2011, in which to file Plaintiff's motion for summary judgment and his supporting memorandum.  This extension is requested because of the vacation schedule and workload of Plaintiff's attorneys.

//

//

Respectfully submitted,

Date: July 14, 2011        /s/ David J. Linden
                            DAVID J. LINDEN
                            Attorney for Plaintiff


                            MELINDA L. HAAG
                            United States Attorney

Date: July 14, 2011     By  /s/ Daniel P. Talbert
                          [authorized via electronic mail on 07/14/2011]
                            DANIEL P. TALBERT
                            Special Assistant US Attorney


PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff shall have up to and including Friday, August 19, 2011, to submit his motion for summary judgment and his supporting memorandum.

DATED: July 26, 2011
                            _____
                            LAUREL BEELER
                            UNITED STATES MAGISTRATE JUDGE

(IT IS SO ORDERED — Judge Laurel Beeler, United States District Court, Northern District of California)