David J. Linden
Attorney at Law
CSBN 41221
Post Office Box 5780
Napa, CA 94581-0780
Tel. (707) 252-7007
Fax.   (707) 252-7883
David@Lindenlaw.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. FISTER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner<br>　of Social Security,<br><br>　　　　　Defendant. | Case No.: 4:11-cv-01461-LB<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff shall have a 14-day extension of time, until Monday, October 17, 2011, in which to file Plaintiff's reply to Defendant's Notice, Motion and Memorandum in Support of Cross Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.  This extension is requested because of the workload of Plaintiff's attorneys.

//

1  //

2      Respectfully submitted,

3

4  Date:  September 23, 2011        /s/ David J. Linden
                                    DAVID J. LINDEN
5                                   Attorney for Plaintiff

6

7                                   MELINDA L. HAAG
                                    United States Attorney
8

9  Date:  September 23, 2011     By  /s/ Daniel P. Talbert
                                   [authorized via electronic mail on 09/23/2011]
10                                  DANIEL P. TALBERT
                                    Special Assistant US Attorney
11

12

13 PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff shall have until Monday,

14 October 17, 2011, to submit his response to Defendant's Notice, Motion, and Memorandum in

15 Support of Cross Motion for Summary Judgment and in Opposition to Plaintiff's Motion for

16 Summary Judgment.

17

18

19 DATED:  September 27, 2011                    _____
                                                 LAUREL BEELER
20                                               UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25